U.S.M.J. LOIS BLOOM                                    DATE: <u>March 21, 2017 at 11:30 a.m.</u>

# CRIMINAL CAUSE FOR PLEADING

USA -v- Barysheff                                      Docket No.: 17-CR-121 (RJD)

Defendant: <u>Alexey Barysheff</u>

✓ present    ___ not present    ___ custody    ✓ bail

Defendant's Counsel: <u>Douglas G. Morris</u>

✓ present    ___ not present    ___ CJA    ✓ Fed Def    ___ Retained

AUSA: <u>Craig Heeren</u>

Interpreter: <u>Nelly Alishaev</u>                     Language: <u>Russian</u>

FTR ( 11:49 - 12:18 )                                  Reporter: <u>N/A</u>

✓ Case Called
___ Defendant's First Appearance
✓ Defendant: ✓ Sworn    ___ Arraigned    ✓ Informed of Rights
✓ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued:_____
✓ Defendant Enters (Guilty)/Not Guilty Plea to Count(s) __1__ of the (Superceding) Indictment/(Information)
___ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to
    Count(s) _____ of the (Superceding) Indictment/Information
✓ Court Finds Factual Basis for the Plea
✓ Sentencing Set for 6 / 16 / 2017 at 10 am
___ Sentencing to be Set by Probation
✓ Bail/Bond: ___ Set    ✓ Continued for Defendant    ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.
✓ Transcript Ordered
___ Other: _____