# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

June 2, 2017

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>U.S.A. v. Alexey Barysheff, 17 CR 121 (RJD)</u>

Your Honor:

On behalf of my client, Mr. Alexey Barysheff, I object to the Probation Department's calculations in the Presentence Report of the advisory Sentencing Guidelines. Because I am out of the office and do not have access to my files, I will detail the objections in a later submission.

Thank you for Your Honor's attention to this matter.

Sincerely,

/s/

Douglas G. Morris
Assistant Federal Defender
(718) 330-1209

cc: Assistant U.S. Attorney Peter W. Baldwin

U.S. Probation Officer Jennifer G. Fisher

Clerk of the Court

Mr. Alexey Barysheff