BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SENTENCE

DATE: October 19, 2017
*Time in Court: 30 minutes*

**DOCKET NUMBER:   CR 17-121 (RJD)**

**U.S.A. -v-   ALEXEY BARYSHEFF (on bond)**
            **COUNSEL:   DOUGLAS MORRIS (LAS)**

**AUSA:  PETER BALDWIN & CRAIG HEEREN**
**RUSSIAN INTERPRETER: NELLY ALISHAEV**

**COURTREPORTER:**  *ANGELA GRANT*

X       **CASE CALLED FOR  SENTENCE.**

X       **COURT FINDS THAT THE PLEA OF GUILTY TAKEN BEFORE**
         **M.J. BLOOM   ON 3/21/2017 WAS DONE KNOWINGLY & WILLFULLY**
         **AND FORMALLY ACCEPTS THE PLEA OF GUILTY TO COUNT ONE(1)**
         **OF THE ONE COUNT INFORMATION.**

X       **DEFENDANT IS SENTENCED  AS FOLLOWS:**
         **DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE**
         **UNITED STATES BUREAU OF PRISONS TO BE IMPRISONED**
         **FOR A TOTAL TERM OF***:  TIME SERVED.*

X       **UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT SHALL BE**
         **ON SUPERVISED RELEASE FOR A TOTAL TERM OF:** *TWO(2) YEARS*.
         **SPECIAL CONDITION OF SUPERVISED RELEASE:**
         *DEFENDANT TO UNDERTAKE HIS BEST EFFORTS TO MAINTAIN*
         *FULL TIME EMPLOYMENT.*

X       **$100 SPECIAL ASSESSMENT.**

X       **DEFENDANT ADVISED OF HIS RIGHT TO APPEAL.**